# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2015

*The Court of Appeals hereby passes the following order:*

## A14A2031. DAFRAWI v. CHOSEN ENTERPRISES, INC.

Appellant's motion for permission to withdraw her appeal is GRANTED, and the appeal is hereby WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/21/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*